IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife, <br> PEGGY G. LUCKEY, *et al.*, <br> <br> Plaintiffs, <br> <br> Vs. <br> <br> ACandS, INCORPORATED, *et al.*, <br> <br> Defendants. | ORDER OF DISMISSAL |

**THIS MATTER** is before the Court on motion of the Plaintiffs Kenneth G. Smith and Margaret Smith to voluntarily dismiss this action as to the Defendant General Electric Company pursuant to Fed. R. Civ. P. 41.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss of the Plaintiffs Kenneth G. Smith and Margaret Smith is **ALLOWED**, and this action is hereby dismissed with prejudice as to those Plaintiffs against the Defendant General Electric Company.

**Signed: June 13, 2005**

Lacy H. Thornburg
United States District Judge