IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**FILED**
ASHEVILLE, N.C.
OCT 3 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| HAZEL MULLIS, Individually and as Executrix of the Estate of JERRY R. MULLIS, Deceased, | C.A. 3:98 CV 394-T |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| ACandS, INC., et. al., | |
| Defendants. | |
| [LEAD PLAINTIFF: GODFREY] | |

Plaintiff Hazel Mullis, individually and as Executrix of the Estate of Jerry R. Mullis, deceased, having stipulated by and through counsel to dismissal of this action without prejudice as to CertainTeed Corporation, and good cause appearing, it is hereby

ORDERED, ADJUDGED AND DECREED the above action is dismissed without prejudice as to CertainTeed Corporation only and has no effect on other defendant parties in this action.

_____
HONORABLE LACY H. THORNBURG
U.S. DISTRICT COURT JUDGE

Date: 10-1- , 2005