IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**FILED**
ASHEVILLE, N.C.
DEC - 2 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | Civil Action Number: |
| IN RE: ASBESTOS-RELATED LITIGATION | 3:98-CV394-T    (Luckey, Calvin R.) |
| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA | |

The above-entitled action is now pending in this Court.

NOW come Donaldson & Black, P.A., Attorneys for the Plaintiffs, and move for an Order of Dismissal with prejudice as to Owens-Illinois, Inc.; and With the consent of Nelson Mullins Riley & Scarborough, L.L.P., Attorneys for Owens-Illinois, Inc., ORDERED that the Plaintiffs be granted an Order of Dismissal with prejudice in the above-entitled matters as to Owens- Illinois, Inc.

AND IT IS SO ORDERED.

_____
Lacy H. Thornburg
United States District Court Judge

This the 2nd of December, 2005.

WE SO MOVE:

DONALDSON & BLACK, P.A.

_____
Janet Ward Black
208 West Wendover Avenue
Greensboro, NC 27401
(336) 273-3812

Attorneys for Plaintiffs

WE CONSENT:

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

_____
Robert O. Meriwether
1330 Lady Street, Third Floor
Post Office Box 11070
Columbia, SC 29211
(803) 799-2000

Attorneys for Owens-Illinois, Inc.