# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GENE A. SHIRES and wife, HELEN SHIRES; WILLIAM E. SMITH; and ROGER FRANKLIN THOMAS and wife, ELLA SHINN THOMAS,  )<br><br>Plaintiffs,  )<br><br>Vs.  )<br><br>AC&S, Inc., *et al.,*  )<br><br>Defendants.  ) | Civil No. 3:98cv394 |

**THIS MATTER** is before the Court on correspondence received from the Plaintiffs' counsel that these parties are ready for trial. No response has been received from Defendants' counsel.

The Court is of the opinion that a pretrial conference would be helpful in setting this case for trial. The parties are advised that the Court is considering a trial date in late October 2006.

**IT IS, THEREFORE, ORDERED** that a pretrial conference will be held in this matter on **WEDNESDAY, MAY 17, 2006, AT 2:00 PM,** in the chambers of the undersigned in Asheville, North Carolina.

Signed: May 3, 2006

Lacy H. Thornburg
United States District Judge