IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. No. 3:98cv394-T

HAZEL BOONE, Executrix of the )
Estate of Billy H. Boone, )
 )
           Plaintiffs, )
 )
      v. )
 )
AC and S, Inc., et al, )
 )
          Defendants. )

## ORDER

THIS MATTER is before the Court upon motion by Plaintiff, Hazel Boone, and Defendant, A.W. Chesterton Company, to dismiss without prejudice, all claims against A.W. Chesterton Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against A.W. Chesterton Company without prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, Hazel Boone, against Defendant, A.W. Chesterton Company, be dismissed without prejudice.

Signed: May 4, 2006

Lacy H. Thornburg
United States District Judge