IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:98-CV-394-T

| | | |
|---|---|---|
| HAZEL MULLIS, Individually and as Executrix of the Estate of JERRY R. MULLIS, Deceased, | ) ) ) | |
| Plaintiff, | ) | Part of |
| v. | ) ) | "DUKE GROUP" ("Consolidated for Trial") |
| AC and S, Inc., et. al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

**THIS MATTER** is before the Court upon motion by Plaintiff, Hazel Mullis, and Defendant, A.W. Chesterton Company, to dismiss with prejudice, all claims against A.W. Chesterton Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against A.W. Chesterton Company with prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, Hazel Mullis, against Defendant, A.W. Chesterton Company, be dismissed with prejudice.

Signed: May 4, 2006

Lacy H. Thornburg
United States District Judge