ED-PA    MDL-875

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N. C.
JUN 16 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN RE: ASBESTOS PRODUCTS ) Civil Action No.: MDL 875
LIABILITY LITIGATION (NO. VI) )
) WDNC 3:98-CV-394-T
JACKSON J. SMITH, and wife, )
CAROLYN S. SMITH )
)
                    Plaintiffs, )
)
     vs. )
)
CROWN CORK & SEAL COMPANY, )
INC., et al. )
                    Defendants. )
)

## ORDER OF DISMISSAL WITH PREJUDICE

The above-entitled action is now pending in this Court.

NOW COMES, Ward Black Law, Attorneys for the Plaintiff, and moves for an Order of Dismissal with prejudice as to Defendant Crown Cork & Seal Company, Inc.; and

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Crown Cork & Seal Company, Inc.; it is hereby

ORDERED that the Plaintiff be granted an Order of Dismissal with prejudice in the above-entitled matter as to Crown Cork & Seal Company, Inc.

AND IT IS SO ORDERED.

_____  J.
PRESIDING JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

James T. Giles

May 25, 2006
Philadelphia, Pennsylvania

WE SO MOVE:

s/ Janet Ward Black
NC Bar Number 12869
Attorney for the Plaintiffs
WARD BLACK, P.A. d/b/a
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC    27401
Telephone (336) 273-3812
Fax (336) 379-9415
jwblack@wardblacklaw.com


WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP


By:  /s/ Timothy W. Bouch
TIMOTHY W. BOUCH, ESQUIRE
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC  29402
(843) 937-8811
tbouch@leathbouchlaw.com
barnwell@leathbouchlaw.com

Attorneys for Crown Cork & Seal Company, Inc.