# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CALVIN R. LUCKEY and wife, ) <br> PEGGY G. LUCKEY, et al, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ACandS, INC., et al, ) <br> ) <br>     Defendants. ) <br> ) | CIVIL ACTION NO.: <br><br> 3:98CV394 |

## ORDER OF DISMISSAL OF DEFENDANT

This Court, with the consent and approval of the parties, hereby dismisses with prejudice, Plaintiffs' Complaints, for Plaintiffs Floyd James Bowman; Willie James Burt, Jr.; Richard Allen Jones, Sr. and wife, Judy Fink Jones; Clement "Ray" Keene and wife, Barbara Jo Keene; Judy Martin, Individually and as Executrix of the Estate of Ray E. Martin, Deceased; Jimmy Wayne Neal, Sr. and wife, Ada Doreen Kronenberg Neal; John Adam Noble III and wife, Wendy Noble; Gene Alvin Shires and wife, Helen Shires; John Wesley Smith and wife, Betty M. Smith; David Richard Turner; and David Ray Whiteside, Sr. and wife, Linda Lambert Whiteside; only, in the above-styled cause of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

10207062 v1

Signed: August 11, 2006

Lacy H. Thornburg
United States District Judge

10207062 v1

2

**PREPARED AND SUBMITTED BY:**

/s/ E. Elaine Shofner
E. Elaine Shofner
Georgia State Bar No. 405361
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
eshofner@hplegal.com

**CONSENTED TO BY:**

Attorneys for Plaintiffs:

/s/ Janet Ward Black
Janet Ward Black
**WARD BLACK LAW**
208 West Wendover Avenue
Greensboro, North Carolina 27401
jwblack@wardblacklaw.com

John E. Herrick
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
jherrick@motleyrice.com

10207062 v1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CALVIN R. LUCKEY and wife, ) <br> PEGGY G. LUCKEY, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ACandS, INC., et al, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO.: <br><br> 3:98CV394 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    jwblack@wardblacklaw.com
    jherrick@motleyrice.com
    bbevon@motleyrice.com
    plile-king@donaldsonandblack.com
    ctl@johnsonandlambeth.com
    bobbyjr.hood@hoodlaw.com
    dconner@hsblawfirm.com
    psmith@vwlawfirm.com
    swilliamson@vwlawfirm.com
    barnwell@leathbouchlaw.com
    eandp@bellsouth.net
    tbouch@leathbouchlaw.com
    ldavis@davisandhamrick.com
JMTechman@ewhlaw.com
tim.peck@smithmoorelaw.com
kkyre@pckb-law.com
10207062 v1

robert.meriwether@nelsonmullins.com

10207062 v1

and I certify that I have mailed the document to the following non CM/ECF participant:

>Michael J. Brickman
>Richardson, Patrick, Westbrook & Brickman
>P.O. Box 879
>Charleston, South Carolina 29402
>
>J. A. Gardner, III
>Hedrick, Eatman, Gardner & Kincheloe
>P. O. Box 30397
>Charlotte, North Carolina 28230
>
>Richard K. Dandrea
>Eckert Seamans Cherin & Mellott, LLC
>600 Grant St., 44th Floor
>Pittsburgh, Pennsylvania 15219

/s/   E.   Elaine   Shofner

>E. Elaine Shofner
>Georgia State Bar No. 405361
>**HAWKINS & PARNELL, LLP**
>4000 SunTrust Plaza
>303 Peachtree Street, N.E.
>Atlanta, Georgia 30308
>Telephone: (404) 614-7445
>Telecopier: (404) 614-7500
>eshofner@hplegal.com

10207062 v1