IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, et al, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 3:98CV394 |
| vs. | ) ) | |
| ACandS, INC., et al, | ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL OF DEFENDANT

This Court, with the consent and approval of the parties, hereby dismisses without prejudice, Plaintiffs' Complaint, as to Plaintiffs Donnie I. Bailey, Theodore Ballard, Jr., Rothelle R. Bigham, Deceased, Ronner Byers, Clarence Luckey, Sr., Raymond L. Moore, Roger Franklin Thomas, Walter D. Thompson, Victor E. Yount, Tony E. Rogers, Kenneth G. Smith and William E. Smith only, in the above-styled causes of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

Signed: August 11, 2006

Lacy H. Thornburg
United States District Judge

--

**PREPARED AND SUBMITTED BY:**

/s/ E. Elaine Shofner
E. Elaine Shofner
Georgia State Bar No. 405361
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
eshofner@hplegal.com


**CONSENTED TO BY:**

Attorneys for Plaintiffs:

/s/ Janet Ward Black
Janet Ward Black
**WARD BLACK LAW**
208 West Wendover Avenue
Greensboro, North Carolina 27401
jwblack@wardblacklaw.com


John E. Herrick
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
jherrick@motleyrice.com

--

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, et al, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: |
| vs. | ) ) | 3:98CV394 |
| ACandS, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    jwblack@wardblacklaw.com
    jherrick@motleyrice.com
    bbevon@motleyrice.com
    plile-king@donaldsonandblack.com
    ctl@johnsonandlambeth.com
    bobbyjr.hood@hoodlaw.com
    dconner@hsblawfirm.com
    psmith@vwlawfirm.com
    swilliamson@vwlawfirm.com
    barnwell@leathbouchlaw.com
    eandp@bellsouth.net
    tbouch@leathbouchlaw.com
    ldavis@davisandhamrick.com
JMTechman@ewhlaw.com
tim.peck@smithmoorelaw.com
kkyre@pckb-law.com

--

robert.meriwether@nelsonmullins.com

--

and I certify that I have mailed the document to the following non CM/ECF participant:

 Michael J. Brickman
 Richardson, Patrick, Westbrook & Brickman
 P.O. Box 879
 Charleston, South Carolina 29402

 J. A. Gardner, III
 Hedrick, Eatman, Gardner & Kincheloe
 P. O. Box 30397
 Charlotte, North Carolina 28230

 Richard K. Dandrea
 Eckert Seamans Cherin & Mellott, LLC
 600 Grant St., 44th Floor
 Pittsburgh, Pennsylvania 15219

/s/ E. Elaine Shofner

 E. Elaine Shofner
 Georgia State Bar No. 405361
 **HAWKINS & PARNELL, LLP**
 4000 SunTrust Plaza
 303 Peachtree Street, N.E.
 Atlanta, Georgia 30308
 Telephone: (404) 614-7445
 Telecopier: (404) 614-7500
 eshofner@hplegal.com

--