## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CALVIN R. LUCKEY, ROGER )
FRANKLIN THOMAS and wife, )
ELLA SHINN THOMAS, et al., )    **C/A No. 3:98 CV 394T**
                          )
         **Plaintiffs,**   )    **ORDER OF DISMISSAL**
                          )    **WITHOUT PREJUDICE OF**
         **vs.**           )    **CERTAINTEED CORPORATION**
                          )
ACandS, INCORPORATED, et al., )
                          )
         **Defendants.**   )
_____)

Plaintiffs Roger Franklin Thomas and Ella Shinn Thomas, having stipulated by and through counsel to dismissal of this action without prejudice as to CertainTeed Corporation, and good cause appearing, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above action is dismissed without prejudice as to CertainTeed Corporation only and has no effect on other defendant parties in this action.

Signed: September 1, 2006

Lacy H. Thornburg
United States District Judge