# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GENE A. SHIRES and wife, HELEN SHIRES; WILLIAM E. SMITH; and ROGER FRANKLIN THOMAS and wife, ELLA SHINN THOMAS, )<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>AC&S, Inc., *et al.*, )<br>)<br>Defendants. )<br>) | Civil No. 3:98cv394 |

**THIS MATTER** is before the Court on motion of the Defendant Cleaver-Brooks, Inc., for admission *pro hac vice* of M. Elizabeth O'Neill, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and M. Elizabeth O'Neill, is hereby granted special admission to the bar of this Court payment of the admission fee having been received by the Clerk of this Court.

Signed: September 6, 2006

Lacy H. Thornburg
United States District Judge