# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| GENE A. SHIRES, and wife, <br> HELEN SHIRES, <br><br> Plaintiffs, <br><br> Vs. <br><br> AC&S, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER OF DISMISSAL** <br> ) **(Defendant Crown, Cork** <br> ) **& Seal Company, Inc. ONLY)** <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on motion of Plaintiffs Gene and Helen Shires to dismiss their claims against the Defendant Crown, Cork & Seal Co., Inc., without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs Gene and Helen Shires against the Defendant Crown, Cork & Seal Co., Inc., are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED** that the motion of Defendant Crown, Cork & Seal for summary judgment pertaining to these Plaintiffs is hereby **DENIED** as moot.

Signed: October 2, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge