# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| ROGER FRANKLIN THOMAS, )<br>and wife, ELLA SHINN THOMAS,)<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>AC&S, INC., *et al.*, )<br>)<br>Defendants. )<br>) | **ORDER OF DISMISSAL**<br>(Defendant Crown, Cork<br>& Seal Company, Inc. ONLY) |

**THIS MATTER** is before the Court on motion of Plaintiffs Roger Franklin and Ella Shinn Thomas to dismiss their claims against the Defendant Crown, Cork & Seal Co., Inc., without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs Roger Franklin and Ella Shinn Thomas against the Defendant Crown, Cork & Seal Co., Inc., are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED** that the motion of Defendant Crown, Cork & Seal for summary judgment pertaining to these Plaintiffs is hereby **DENIED** as moot.

Signed: October 2, 2006

Lacy H. Thornburg
United States District Judge