# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| WILLIAM E. SMITH, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>AC&S, INC., *et al.*, )<br>)<br>Defendants. )<br>) | **ORDER OF DISMISSAL**<br>(Defendant Crown, Cork<br>& Seal Company, Inc. ONLY) |

**THIS MATTER** is before the Court on motion of Plaintiff William E. Smith to dismiss his claims against the Defendant Crown, Cork & Seal Co., Inc., without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and the claims of Plaintiff William E. Smith against the Defendant Crown, Cork & Seal Co., Inc., are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED** that the motion of Defendant Crown, Cork & Seal for summary judgment pertaining to this Plaintiff is hereby **DENIED** as moot.

2

Signed: October 3, 2006

Lacy H. Thornburg
United States District Judge