**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **CALVIN R. LUCKEY, and wife** | ) | |
| **PEGGY G. LUCKEY; HAZEL MULLIS,** | ) | |
| **individually and as Executrix of the** | ) | |
| **Estate of Jerry R. Mullis, Deceased;** | ) | |
| **and ROGER D. SMITH, and, wife,** | ) | **LEAD CASE: LUCKEY** |
| **MARGIE P. SMITH** | ) | |
| **and JACKSON J. SMITH,** | ) | |
| **and wife, CAROLYN S. SMITH** | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil No. 3:98CV394** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AcandS Inc. *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

THIS MATTER is before the Court upon motion by Plaintiffs, Calvin Luckey and wife Peggy G. Luckey; Hazel Mullis, Individually and as Executrix of the Estate of Jerry R. Mullis, deceased; and Roger D. Smith, and wife Margie P. Smith; and Jackson Smith, and wife Carolyn S. Smith,, and Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, to dismiss with prejudice, all claims against CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation with prejudice and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, Calvin Luckey and wife Peggy G. Luckey;  Hazel Mullis, Individually and as Executrix of the Estate of Jerry R. Mullis, deceased; and Roger D. Smith, and wife Margie P. Smith; and Jackson Smith, and wife Carolyn S. Smith,, against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, be dismissed with prejudice.

Signed: December 15, 2006

Lacy H. Thornburg
United States District Judge