# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | | |
|---|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | ) ) ) | |
| This document relates to: | ) ) | |
| J. AUBREY SAUNDERS, and wife GEORGIA SMITH SAUNDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | **O R D E R** |
| A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; FOSTER WHEELER CORPORATION; GEORGIA-PACIFIC CORPORATION; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; D. B. RILEY CORPORATION, f/k/a Riley Stoker Corporation, and CBS CORPORATION, f/k/a Westinghouse, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on receipt of the parties'

responses to the Court's December 15, 2006, Order.

Plaintiffs' counsel advises that Plaintiffs Aubrey and Georgia Saunders have notified her that they have retained other counsel, the law firm of Wallace & Graham, and ask that she and the firm of Ward Black Law, withdraw as attorneys of record.  However, no notice of appearance from the other law firm has been filed.

**IT IS, THEREFORE, ORDERED** that the law firm of Wallace & Graham file notice of appearance in this matter as to the Plaintiffs Aubrey and Georgia Saunders or, in the alternative, advise the Court that they will not make an appearance on behalf of the named Plaintiffs, within 30 days from entry of this Order.

The Clerk shall forward a copy of this Order electronically to the law firm of Wallace & Graham as well as to the attorneys of record herein.

Signed: January 12, 2007

Lacy H. Thornburg
United States District Judge