# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | )<br>)<br>) |
| This document pertains to: | )<br>) |
| THEODORE BALLARD, JR., and HAZEL S. BOONE, Individually and as Executrix of the Estate of Billy H. Boone, Deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )  **O R D E R**<br>) |
| A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; FOSTER WHEELER CORPORATION; GEORGIA-PACIFIC CORPORATION; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; D. B. RILEY CORPORATION, f/k/a Riley Stoker Corporation, and CBS CORPORATION, f/k/a Westinghouse, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Theodore Ballard, Jr., and Hazel S. Boone, Individually and as Executrix of the Estate of Billy H. Boone, Deceased, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 18, 2007

Lacy H. Thornburg
United States District Judge