## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO.  3:98CV394

| | |
|---|---|
| **CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY,** *et al.,* | ) |
| | ) |
| **This document pertains to:** | ) |
| | ) |
| **GENE A. SHIRES, and wife HELEN SHIRES; ROGER FRANKLIN THOMAS and wife ELLA SHINN THOMAS; and WILLIAM E. SMITH,** | ) ) ) ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ACandS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs William E. Smith, Robert Franklin Thomas and wife, Ella Shinn Thomas, and Gene A. Shires and wife, Helen Shires, and Defendant, A.W. Chesterton Company, to dismiss, with prejudice, all claims of said Plaintiffs against that Defendant.

It appearing that grounds exist to permit said Plaintiffs to do so,

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the parties' joint motion to dismiss is ALLOWED, and the claims of Plaintiffs William E. Smith, Robert Franklin Thomas and wife, Ella Shinn Thomas, and Gene A. Shires and wife, Helen Shires, against Defendant, A.W. Chesterton Company, are hereby DISMISSED WITH PREJUDICE.

Signed: January 18, 2007

Lacy H. Thornburg
United States District Judge