**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (NO. VI)** | ) | |
| | | |
| **CALVIN R. LUCKEY et ux et al** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | **MDL 875** |
| | ) | |
| **This filing pertains to plaintiffs,** | ) | |
| **Dorothy Young, as Administrator of the** | ) | |
| **Estate of Victor E. Yount, deceased,** | ) | |
| | ) | |
| **v.** | ) | **WDNC No. 3:98cv394-T** |
| | ) | |
| **ACandS, Inc., et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

<u>**ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF**</u>

    **THIS MATTER** is before the Court on motion of Dorothy Young, as Administrator of the Estate of Victor E. Yount, deceased, to be substituted as plaintiff.

    It appearing to the Court that Victor E. Yount is deceased and that Dorothy Young is the duly qualified, appointed and acting Administrator of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

    **IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Dorothy Young, as Administrator of the Estate of Victor E. Yount, deceased, is hereby substituted as plaintiff and that the substitution shall be hereafter shown in the title and the body of this action.

Signed: February 2, 2007

Lacy H. Thornburg
United States District Judge