IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, <br><br>This document pertains to: <br><br>FLOYD J. BOWMAN; WILLIE J. BURT, JR.; JOHN A. NOBLE, III, and wife WENDY ROBIN HASTINGS NOBLE; WALTER D. THOMPSON; RONNER BYERS, and wife FRANCES W. BYERS; RICHARD ALLEN JONES, and wife JUDY ANN FINK JONES; TONY E. ROGERS, and wife PATRICIA LaDONNE C. ROGERS; and DAVID R. TURNER, <br><br>            Plaintiffs, <br><br>Vs. <br><br>A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; FOSTER WHEELER CORPORATION; GEORGIA-PACIFIC CORPORATION; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; and D. B. RILEY CORPORATION, f/k/a Riley Stoker Corporation, <br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>__O R D E R__ |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and Defendant Crown Cork & Seal Company, Inc., to dismiss without prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Floyd J. Bowman; Willie J. Burt, Jr.; John A. Noble, III, and wife Wendy Robin Hastings Noble; Walter D. Thompson; Ronner Byers, and wife Frances W. Byers; Richard Allen Jones, and wife Judy Ann Fink Jones; and Tony E. Rogers, and wife Patricia LaDonne C. Rogers against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 5, 2007

Lacy H. Thornburg
United States District Judge