## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al,*<br><br>This document pertains to:<br>GENE A. SHIRES and wife, HELEN SHIRES; and ROGER FRANKLIN THOMAS and wife, ELLA SHINN THOMAS,<br><br>Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., *et al.,*<br><br>Defendants. | Civil No. 3:98cv394 |

### ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss with prejudice the claims of Plaintiffs Gene Shires, and wife Helen Shires, and Roger Franklin Thomas, and wife Ella Shinn Thomas, against Defendant Cleaver-Brooks, Inc.

For the reasons stated,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Gene Shires, and wife Helen Shires, and Roger Franklin Thomas, and wife Ella Shinn Thomas, against Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITH PREJUDICE.**

Signed: February 13, 2007

Lacy H. Thornburg
United States District Judge

**Prepared and Submitted By:**

Attorney for Defendant Cleaver-Brooks, Inc.

*s/ Stephen B. Williamson*
Stephen B. Williamson, Esq.
N.C. Bar No. 20203
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
11 North Market Street
Post Office Box 7376
Asheville, North Carolina 28802
Telephone: 828-258-2991
Facsimile: 828-255-0255
Email: swilliamson@vwlawfirm.com

Attorney for Plaintiff

*s/ Janet Ward Black*
Janet Ward Black, Esq.
N.C. Bar No. 12869
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: 336-273-3812
Facsimile: 336-379-9415
E-mail: jwblack@donaldsonandblack.com