**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL NO. 3:98CV394**

**CALVIN R. LUCKEY, and wife PEGGY** )
**G. LUCKEY, *et al.*,** )
)
**This document pertains to:** )
**THEODORE BALLARD, JR.; FLOYD** )
**J. BOWMAN; WILLIE J. BURT, JR.;** )
**CLEMENT KEENE, and wife** )
**BARBARA JO DEATHERAGE KEENE;**)
**JUDY HORNE MARTIN, Individually** )
**and as Executrix of the Estate of** )
**Ray E. Martin, Deceased; GENE A.** )
**SHIRES, and wife HELEN SHIRES;** )
**JACKSON J. SMITH, and wife** )
**CAROLYN S. SMITH; ROGER** )
**FRANKLIN THOMAS, and wife ELLA** )
**SHINN THOMAS; DONNIE BAILEY;** )
**RAYMOND L. MOORE; JIMMY W.** )
**NEAL, SR., and wife DOREEN K.** )
**NEAL; JOHN A. NOBLE, III, and wife** )
**WENDY ROBIN HASTINGS NOBLE;** )
**ROGER D. SMITH, and wife MARGIE** )
**P. SMITH; WILLIAM E. SMITH;** )
**RONNER BYERS, and wife FRANCES**)
**W. BYERS; RICHARD ALLEN JONES,** )
**and wife JUDY ANN FINK JONES;** )
**TONY E. ROGERS, and wife** )
**PATRICIA LaDONNE C. ROGERS;** )
**KENNETH G. SMITH, and wife** )
**MARGARET SMITH; DAVID R.** )
**TURNER; DAVID R. WHITESIDE, SR.,** )
**and wife LINDA L. WHITESIDE; and** )
**SYLVIA L. JOHNSON, Executrix of** )

the Estate of Clarence Luckey, Sr., )
Deceased, )
                                     )
          Plaintiffs,                )
                                     )
Vs.                                  )          **O R D E R**
                                     )
**CLEAVER BROOKS; CROWN CORK** )
**& SEAL COMPANY, INC.; GEORGIA-** )
**PACIFIC CORPORATION;** )
**NORTH BROTHERS, INC.;** )
**OWENS-ILLINOIS, INC.; RAPID** )
**AMERICAN CORPORATION, and** )
**D. B. RILEY CORPORATION,** )
                                     )
          **Defendants.**            )
_____     )

 **THIS MATTER** is before the Court on the joint motion of the specific

Plaintiffs captioned above and the Defendant Owens-Illinois, Inc., to

dismiss their claims against said Defendant.

 For the reasons stated in the motion,

 **IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is

**ALLOWED**, and the claims of Sylvia L. Johnson, Executrix of the Estate of

Clarence Luckey, Sr., Deceased; Judy Horne Martin, Individually and as

Executrix of the Estate of Ray E. Martin, Deceased; Jimmy W. Neal, Sr.,

and wife Doreen K. Neal; and Jackson J. Smith, and wife Carolyn S. Smith,

against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS FURTHER ORDERED** that the claims of Plaintiffs Donnie Bailey; Theodore Ballard, Jr.; Floyd J. Bowman; Willie J. Burt, Jr.; Ronner Byers, and wife Frances W. Byers; Richard Allen Jones, and wife Judy Ann Fink Jones; Clement Keene, and wife Barbara Jo Deatherage Keene; Raymond L. Moore; John A. Noble, III, and wife Wendy Robin Hastings Noble; Tony E. Rogers, and wife Patricia LaDonne C. Rogers; Gene A. Shires, and wife Helen Shires; Kenneth G. Smith, and wife Margaret Smith; Roger D. Smith, and wife Margie P. Smith; William E. Smith; Roger Franklin Thomas, and wife Ella Shinn Thomas; David R. Turner; and David R. Whiteside, Sr., and wife Linda L. Whiteside, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge