# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | ) ) ) |
| This document pertains to: KENNETH G. SMITH, and wife MARGARET SMITH, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ACandS, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on motion by Plaintiffs Kenneth G. Smith and wife, Margaret Smith, and Defendant A.W. Chesterton Company, to dismiss, with prejudice, all claims of said Plaintiffs against A.W. Chesterton Company.

It appearing that grounds exist to permit said Plaintiffs to voluntarily dismiss this action against A.W. Chesterton Company with prejudice,

**IT IS, THEREFORE, ORDERED** that the joint motion of the captioned Plaintiffs and the Defendant A. W. Chesterton Company to dismiss is **ALLOWED,** and the claims of Plaintiffs Kenneth G. Smith and wife, Margaret Smith, against Defendant A.W. Chesterton Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 22, 2007

Lacy H. Thornburg
United States District Judge