# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | )<br>)<br>) |
| This document pertains to: | )<br>) |
| KENNETH G. SMITH, and wife MARGARET SMITH; DAVID R. WHITESIDE, SR., and wife LINDA L. WHITESIDE; and CLEMENT KEENE, and wife BARBARA JO DEATHERAGE KEENE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| Vs. | )     <u>O R D E R</u> |
| A. W. CHESTERTON, INC., *et al.*, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the joint motions of the specific Plaintiffs captioned above and Defendant Crown Cork & Seal Company, Inc., to dismiss without prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motions to dismiss are **ALLOWED**, and the claims of Kenneth G. Smith, and wife Margaret Smith;

David R. Whiteside, Sr., and wife Linda L. Whiteside; and Clement Keene, and wife Barbara Jo Deatherage Keene, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 25, 2007

Lacy H. Thornburg
United States District Judge