# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, <br><br>This document pertains to: <br>RAYMOND L. MOORE, <br><br>Plaintiffs, <br><br>v. <br><br>ACandS, INC., et al., <br><br>Defendants. | Civil No. 3:98CV394 |

## ORDER

**THIS MATTER** is before the Court on the amended joint motion of Plaintiff Raymond L. Moore and Defendant A.W. Chesterton Company, to dismiss.

It appearing that grounds exist to permit said Plaintiff to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the amended joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Raymond L. Moore against the Defendant A.W. Chesterton Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge