# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO. 3:98CV394

| | |
|---|---|
| **CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY,** *et al.*, | ) |
| | ) |
| | ) |
| **This document pertains to:** | ) |
| **FLOYD J. BOWMAN and DONNIE I. BAILEY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ACandS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the Court upon the joint motions of the captioned Plaintiffs and Defendant, A.W. Chesterton Company, to dismiss, without prejudice, all claims of said Plaintiffs against A.W. Chesterton Company.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motions to dismiss are **ALLOWED**, and the claims of Plaintiffs Floyd J. Bowman and Donnie I. Bailey, against Defendant, A.W. Chesterton Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 6, 2007

Lacy H. Thornburg
United States District Judge