IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | )<br>)<br>) |
| This document pertains to:<br>ONNIE I. BAILEY, and RAYMOND L. MOORE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ACandS, INC., et al., | )<br>) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court upon the joint motions of the captioned Plaintiffs and Defendant, Crown Cork & Seal Company, Inc., to dismiss, without prejudice, all claims of said Plaintiffs against Crown Cork & Seal Company, Inc.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motions to dismiss are **ALLOWED**, and the claims of Plaintiffs Donnie I. Bailey, and Raymond L. Moore, against Defendant, Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 6, 2007

Lacy H. Thornburg
United States District Judge