# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, </br></br>This document relates to:</br></br>J. AUBREY SAUNDERS, and wife GEORGIA SMITH SAUNDERS,</br></br>Plaintiffs,</br></br>Vs.</br></br>A. W. CHESTERTON, INC., *et al.*,</br></br>Defendants. | </br></br></br></br></br></br></br></br></br>**O R D E R** |

**THIS MATTER** is before the Court on the notice of appearance filed by Mona Lisa Wallace and the law firm of Wallace & Graham, P.A., as counsel of record for the captioned Plaintiffs.

**IT IS, THEREFORE, ORDERED** that the claims of J. Aubrey Saunders and wife, Georgia Smith Saunders, are hereby severed from those of the remaining Plaintiffs herein.

**IT IS FURTHER ORDERED** that within 15 days from entry of this Order, counsel for the Plaintiffs Saunders shall file notice with the Court and counsel of record identifying the trial grouping to which these Plaintiffs should be added.

Signed: March 6, 2007

Lacy H. Thornburg
United States District Judge