IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al.*,<br><br>This document pertains to:<br>JACKSON J. SMITH and wife, CAROLYN S. SMITH, and ROGER D. SMITH and wife, MARGIE P. SMITH,<br><br>Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>Defendants. | Civil No. 3:98cv394 |

### ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

This Court, with the consent and approval of the parties, hereby **DISMISSES WITH PREJUDICE**, the claims of Plaintiffs Roger D. Smith, Margie P. Smith, Jackson J. Smith and Carolyn S. Smith, against Defendant Cleaver-Brooks, Inc.

Signed: March 13, 2007

Lacy H. Thornburg
United States District Judge

**Prepared and Submitted By:**

| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
|---|---|
| *s/ Stephen B. Williamson* | *s/ Janet Ward Black* |
| Stephen B. Williamson, Esq. | Janet Ward Black, Esq. |
| N.C. Bar No. 20203 | N.C. Bar No. 12869 |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | Donaldson & Black, P.A. |
| 11 North Market Street | 208 West Wendover Avenue |
| Post Office Box 7376 | Greensboro, NC 27401 |
| Asheville, North Carolina 28802 | Telephone: 336-273-3812 |
| Telephone: 828-258-2991 | Facsimile: 336-379-9415 |
| Facsimile: 828-255-0255 | E-mail: jwblack@donaldsonandblack.com |
| Email: swilliamson@vwlawfirm.com | |