# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al.*,<br><br>**This document pertains to:**<br>THEODORE BALLARD, JR.; FLOYD J. BOWMAN; WILLIE J. BURT, JR.; CLEMENT ("Ray") KEENE and wife, BARBARA JO DEATHERAGE KEENE; SYLVIA L. JOHNSON, Executrix of the Estate of CLARENCE LUCKEY, SR., deceased; JUDY MARTIN, Individually and as Executrix of the Estate of RAY E. MARTIN, deceased; JOHN WESLEY SMITH and wife, BETTY M. SMITH; DONNIE I. BAILEY; RAYMOND L. MOORE; JIMMY W. NEAL, SR. and wife, DOREEN K. NEAL; JOHN A. NOBLE III and wife, WENDY ROBIN HASTINGS NOBLE; ROGER D. SMITH and wife, MARGIE P. SMITH; WALTER D. THOMPSON; RONNER BYERS and wife, FRANCES W. BYERS; RICHARD ALLEN JONES and wife, JUDY ANN FINK JONES; TONY E. ROGERS and wife, PATRICIA LADONNE CRAWFORD ROGERS; KENNETH G. SMITH and wife, MARGARET SMITH; DAVID R. TURNER; DAVID R. WHITESIDE, SR. and wife, LINDA L. WHITESIDE, and VICTOR E. YOUNT,<br>     Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>**Defendants.** | Civil No. 3:98cv394 |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendant Cleaver-Brooks, Inc.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Clement ("Ray") Keene and wife, Barbara Jo Deatherage Keene; Jimmy W. Neal, Sr. and wife, Doreen K. Neal; David R. Turner; and David R. Whiteside, Sr. and wife, Linda L. Whiteside against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Donnie I. Bailey; Theodore Ballard, Jr.; Floyd J. Bowman; Willie J. Burt, Jr.; Ronner Byers and wife, Frances W. Byers; Richard Allen Jones and wife, Judy Ann Fink Jones; Sylvia L. Johnson, Executrix Of The Estate Of Clarence Luckey, Sr., Deceased; Judy Martin, Individually and as Executrix Of The Estate Of Ray E. Martin, Deceased; Raymond L. Moore; John A. Noble III and wife, Wendy Robin Hastings Noble; Tony E. Rogers and wife, Patricia Ladonne Crawford Rogers; John Wesley Smith and wife, Betty M. Smith; Kenneth G. Smith and wife, Margaret Smith; Walter D. Thompson; and Victor E. Yount against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

**Prepared and Submitted By:**

| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
|---|---|
| *s/ Stephen B. Williamson* | *s/ Janet Ward Black* |
| Stephen B. Williamson, Esq. | Janet Ward Black, Esq. |
| N.C. Bar No. 20203 | N.C. Bar No. 12869 |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | Donaldson & Black, P.A. |
| 11 North Market Street | 208 West Wendover Avenue |
| Post Office Box 7376 | Greensboro, NC 27401 |
| Asheville, North Carolina 28802 | Telephone: 336-273-3812 |
| Telephone: 828-258-2991 | Facsimile: 336-379-9415 |
| Facsimile: 828-255-0255 | E-mail: jwblack@donaldsonandblack.com |
| Email: swilliamson@vwlawfirm.com | |