IN RE: ASBESTOS PRODUCTS LIABILITY:
LITIGATION (NO. VI):

This Document Relates To::CIVIL ACTION NO. MDL 875

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY**, *et al.*, | ) ) ) | C. A. No. 3:98cv394-T |
| **This document pertains to:** **RONNER BYERS and wife, FRANCES W. BYERS; TONY E. ROGERS and wife, PATRICIA LADONNE CRAWFORD ROGERS,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **ACandS, INC., et al.** | ) ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to dismiss with prejudice, all claims of said Plaintiffs against National Service Industries, Inc.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs Ronner Byers and wife, Frances W. Byers, and Tony E. Rogers and wife Patricia Ladonne Crawford Rogers, against Defendant National Service Industries, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| Attorney for Defendant | Attorneys for Plaintiffs |
| National Service Industries, Inc. | |