IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

CALVIN R. LUCKEY, and wife PEGGY )
G. LUCKEY; THEODORE BALLARD, )
JR.; FLOYD J. BOWMAN; WILLIE J. )
BURT, JR.; CLEMENT KEENE, and )
wif BARBARA JO DEATHERAGE )
KEENE; JUDY HORNE MARTIN, )
Individually and as Executrix of the )
Estate of Ray E. Martin, Deceased; )
GENE A. SHIRES, and wife HELEN )
SHIRES; JACKSON J. SMITH, and )
wife CAROLYN S. SMITH; JOHN )
WESLEY SMITH, and wife BETTY M. )
SMITH; ROGER FRANKLIN THOMAS, )
and wife ELLA SHINN THOMAS; )
DONNIE BAILEY; HAZEL S. BOONE, )
Individually and as Executrix of the )
Estate of Billy H. Boone, Deceased; )
RAYMOND L. MOORE; HAZEL B. )
MULLIS, Individually and as )
Executrix of the Estate of Jerry R. )
Mullis, Deceased; JIMMY W. NEAL, )
SR., and wife DOREEN K. NEAL; )
JOHN A. NOBLE, III, and wife )
WENDY ROBIN HASTINGS NOBLE; )
ROGER D. SMITH, and wife MARGIE )
P. SMITH; WILLIAM E. SMITH; )
WALTER D. THOMPSON; RICHARD )
ALLEN JONES, and wife JUDY ANN )
FINK JONES; KENNETH G. SMITH, )
and wife MARGARET SMITH; DAVID )
R. TURNER; DAVID R. WHITESIDE, )
SR., and wife LINDA L. WHITESIDE; )

| | |
|---|---|
| DOROTHY YOUNG, as Administrator of the Estate of Victor E. Yount, Deceased; and SYLVIA L. JOHNSON, Executrix of the Estate of Clarence Luckey, Sr., Deceased;<br><br>Vs.<br><br>A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; and D. B. RILEY CORPORATION, f/k/a Riley Stoker Corporation,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the motion of all the captioned Plaintiffs and Defendant CertainTeed Corporation, to dismiss this action with prejudice as to that Defendant.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of each of the captioned Plaintiffs against the Defendant CertainTeed Corporation, are hereby **DISMISSED WITH PREJUDICE**.

3

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge