IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, </br></br>This document pertains to:</br></br>THEODORE BALLARD, JR.; JUDY HORNE MARTIN, Individually and as Executrix of the Estate of Ray E. Martin, Deceased; JOHN WESLEY SMITH, and wife BETTY M. SMITH; JIMMY W. NEAL, SR., and wife DOREEN K. NEAL; DOROTHY YOUNG, as Administrator of the Estate of Victor E. Yount, Deceased; and SYLVIA L. JOHNSON, Executrix of the Estate of Clarence Luckey, Sr., Deceased,</br></br>Vs.</br></br>A. W. CHESTERTON, INC.; CROWN CORK & SEAL COMPANY, INC.; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; and D. B. RILEY CORPORATION, f/k/a Riley Stoker Corporation,</br></br>Defendants. | </br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br>**O R D E R** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and Defendant Crown Cork & Seal Company, Inc., to dismiss without prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Theodore Ballard, Jr.; Judy Horne Martin, Individually and as Executrix of the Estate of Ray E. Martin, Deceased; Jimmy W. Neal, Sr., and wife Doreen K. Neal; John Wesley Smith, and wife Betty M. Smith; Dorothy Young, as Administrator of the Estate of Victor E. Yount, Deceased; and Sylvia L. Johnson, Executrix of the Estate of Clarence Luckey, Sr., Deceased, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge