# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | | |
|---|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | ) ) ) | |
| This document pertains to: | ) ) | |
| DAVID R. TURNER, | ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | O R D E R |
| A. W. CHESTERTON, INC., *et al*, | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the joint motion of the specific

Plaintiff captioned above and Defendant Crown Cork & Seal Company,

Inc., to dismiss without prejudice his claims against said Defendant.[1]

For the reasons stated in the motion,

_____

[1]The parties' joint motion to dismiss filed February 2, 2007, listed David R. Turner as having resolved his claims with Defendant Crown Cork; however, the Court's Order filed February 6, 2007, failed to include the dismissal of Mr. Turner's claims against said Defendant.

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of David R. Turner against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge