# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | )<br>)<br>) |
| This document relates to: | )<br>) |
| J. AUBREY SAUNDERS, and wife GEORGIA SMITH SAUNDERS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )   **O R D E R** |
| A. W. CHESTERTON, INC.; CERTAINTEED CORPORATION; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GEORGIA-PACIFIC CORPORATION; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORP.; and D.B. RILEY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiff and the remaining Defendants captioned above have been settled.

**IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other settlement documents closing this case on or before 90 days from entry of this Order.

**IT IS FURTHER ORDERED** that sanctions will be imposed on any party failing to abide by this deadline absent a showing of good cause therefor.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge