# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, | )<br>)<br>) |
| This document pertains to: | )<br>) |
| JOHN A. NOBLE, III, and wife WENDY ROBIN HASTINGS NOBLE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | ) **O R D E R** |
| A. W. CHESTERTON, INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of John A. Noble, III, and wife Wendy Robin

Hastings Noble, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge