# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al.*,<br><br>This document pertains to:<br>J. AUBREY SAUNDERS and wife, GEORGIA SMITH SAUNDERS,<br><br>Plaintiffs,<br><br>Vs.<br><br>A.W. CHESTERTON, INC., *et al.*,<br><br>Defendants. | Civil No. 3:98cv394 |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendant Cleaver-Brooks, Inc.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs J. Aubrey Saunders and wife, Georgia Smith Saunders, against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITH PREJUDICE.**

Signed: June 6, 2007

Lacy H. Thornburg
United States District Judge

| Prepared and Submitted By: | Consented to By: |
|---|---|
| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
| *s/ Stephen B. Williamson* | *s/ Mona Lisa Wallace* |
| Stephen B. Williamson, Esq. | *William M. Graham* |
| N.C. Bar No. 20203 | Mona Lisa Wallace, Esq. |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | N.C. Bar No. 009021 |
| 11 North Market Street | William M. Graham, Esq. |
| Post Office Box 7376 | Wallace & Graham, P.A. |
| Asheville, North Carolina 28802 | 525 North Main Street |
| Telephone: 828-258-2991 | Salisbury, NC 28144 |
| Facsimile: 828-255-0255 | Telephone: 704-633-5244 |
| Email: swilliamson@vwlawfirm.com | E-mail: mwallace@wallacegraham.com |
| | bgraham@wallacegraham.com |