# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

CIVIL ACTION NO. 3:98-CV-394

| | |
|---|---|
| CALVIN R. LUCKEY, AND WIFE PEGGY S. LUCKEY, et al.,<br>This document pertains to:<br>WALTER D. THOMPSON,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>A.W. CHESTERTON, ET. AL. (INCLUDING 3M),<br>　　　　　　　　　　　　Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the joint motion of Plaintiff Walter D. Thompson and Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss without prejudice all claims against Defendant 3M COMPANY.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion to dismiss is **ALLOWED**, and all claims of Plaintiff Walter D. Thompson against the Defendant 3M COMPANY, a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, are hereby dismissed without prejudice.

　　　　　　　　　　　　Signed: June 14, 2007

　　　　　　　　　　　　Lacy H. Thornburg
　　　　　　　　　　　　United States District Judge