# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY; THEODORE BALLARD JR.; FLOYD J. BOWMAN; WILLIE J. BURT, JR.; CLEMENT "Ray" KEENE and wife, BARBARA JO DEATHERAGE KEENE; SYLVIA L. JOHNSON, Executrix of the Estate of Clarence Luckey, Sr., Deceased; JUDY HORNE MARTIN, Individually and as Executrix of the Estate of Ray E. Martin, Deceased; GENE A SHIRES and wife, HELEN SHIRES; JACKSON J. SMITH and wife, CAROLYN S. SMITH; JOHN WESLEY SMITH and wife, BETTY M. SMITH; ROGER FRANKLIN THOMAS and wife, ELLA SHINN THOMAS; DONNIE I. BAILEY; HAZEL S. BOONE, Individually and as Executrix of the Estate of Billy H. Boone, Deceased; RAYMOND L. MOORE; HAZEL B. MULLIS, Individually and as Executrix of the Estate of Jerry R. Mullis, Deceased; JIMMY W. NEAL, SR. and wife, DOREEN K. NEAL; JOHN A. NOBLE III and wife, WENDY ROBIN HASTINGS NOBLE; ROGER D. SMITH and wife, MARGIE P. SMITH; WILLIAM E. SMITH; WALTER D. THOMPSON; RONNER BYERS and wife, FRANCES W. BYERS; RICHARD ALLEN JONES and wife, JUDY ANN FINK JONES; TONY E. ROGERS and wife, PATRICIA LADONNE CRAWFORD ROGERS; KENNETH G. SMITH and wife, MARGARET SMITH; DAVID R. TURNER; DAVID R. WHITESIDE, SR. and wife, LINDA L. WHITESIDE, and DOROTHY YOUNT , as Administrator of the Estate of VICTOR E. YOUNT, deceased, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AC&S, INC., et al. | ) ) |
| Defendants. | ) ) ) |

C. A. No. 3:98cv394-T

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, Rapid American Corporation, to dismiss without prejudice, all claims of said Plaintiffs against Defendant Rapid American.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of each of the above-named Plaintiffs against Defendant, Rapid American Corporation, are **HEREBY DISMISSED WITHOUT PREJUDICE.**

Signed: July 9, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law, Plaintiffs' Counsel |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| trippgandy@phsm.net | jwblack@wardblacklaw.com |
| Attorney for Defendant | |
| National Service Industries, Inc. | |