IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al.*,<br><br>This document pertains to:<br>J. AUBREY SAUNDERS, and wife GEORGIA SMITH SAUNDERS,<br><br>    Plaintiffs,<br><br>v.<br><br>ACandS, INC., *et al.*<br><br>    Defendants. | C. A. No. 3:98cv394-T |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to dismiss with prejudice, all claims of said Plaintiffs against National Service Industries, Inc.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs, J. Aubrey Saunders and wife Georgia Smith Saunders, against Defendant, National Service Industries, Inc., are hereby **DISMISSED WITH PREJUDICE**.

    Signed: July 9, 2007

    Lacy H. Thornburg
    United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/ James D. Gandy, III | s/ William M. Graham |
| James D. Gandy, III | William M. Graham Esquire |
| | NC Bar # 17972 |
| Pierce, Herns, Sloan & McLeod, LLC | Wallace and Graham, P.A. |
| 321 East Bay Street | 525 North Main Street |
| Charleston, SC 29413 | Salisbury, NC 28144 |
| Attorney for Defendant<br>National Service Industries, Inc. | Attorneys for Plaintiffs |