# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al.*,<br><br>This document pertains to:<br>J. AUBREY SAUNDERS, and wife GEORGIA SMITH SAUNDERS,<br><br>   Plaintiffs,<br><br>v.<br><br>ACandS, INC., et al.<br><br>   Defendants. | C. A. No. 3:98cv394-T |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, Rapid American Corporation, to dismiss without prejudice, all claims of said Plaintiffs against Rapid American Corporation.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs, J. Aubrey Saunders and wife Georgia Smith Saunders, against Defendant, Rapid American Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: July 9, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/ James D. Gandy, III | s/ William M. Graham |
| James D. Gandy, III | William M. Graham Esquire |
| | NC Bar #17972 |
| Pierce, Herns, Sloan & McLeod, LLC | Wallace and Graham, P.A. |
| 321 East Bay Street | 525 North Main Street |
| Charleston, SC 29413 | Salisbury, NC 28144 |
| Attorney for Defendant | Attorneys for Plaintiffs |
| Rapid American Corporation | |