# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, *et al.*, <br><br>This document pertains to: <br>THEODORE BALLARD JR.; FLOYD J. BOWMAN; WILLIE J. BURT, JR.; CLEMENT "Ray" KEENE and wife, BARBARA JO DEATHERAGE KEENE; CLARENCE LUCKEY, SR.; JUDY HORNE MARTIN, Individually and as Executrix of the Estate of Ray E. Martin, Deceased; GENE A SHIRES and wife, HELEN SHIRES; JOHN WESLEY SMITH and wife, BETTY M. SMITH; ROGER FRANKLIN THOMAS and wife, ELLA SHINN THOMAS; DONNIE I. BAILEY;  MARGARET A. BIGHAM, Individually and as Personal Representative of the Estate of ROTHELLE E. BINGHAM, Deceased; HAZEL S. BOONE, Individually and as Executrix of the Estate of Billy H. Boone, Deceased; RAYMOND L. MOORE; JIMMY W. NEAL, SR. and wife, DOREEN K. NEAL; JOHN A. NOBLE III and wife, WENDY ROBIN HASTINGS NOBLE; WILLIAM E. SMITH; WALTER D. THOMPSON; RICHARD ALLEN JONES and wife, JUDY ANN FINK JONES;  KENNETH G. SMITH and wife, MARGARET SMITH; DAVID R. TURNER; DAVID R. WHITESIDE, SR. and wife, LINDA L. WHITESIDE, and DOROTHY YOUNT, as Administrator of the Estate of VICTOR E. YOUNT, deceased, <br><br>           **Plaintiffs,**<br>v.<br><br>ACandS, INC., et al.<br><br>           **Defendants.** | C. A. No. 3:98cv394-T |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and

Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to

dismiss without prejudice, all claims of said Plaintiffs against Defendant National Service Industries, Inc.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of the captioned Plaintiffs, against Defendant, National Service Industries, Inc., are **HEREBY DISMISSED WITHOUT PREJUDICE.**

Signed: July 9, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire<br>NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
|  | jwblack@wardblacklaw.com |
| Attorney for Defendant<br>National Service Industries, Inc. | Attorneys for Plaintiffs |