# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, </br></br>This document pertains to: </br>WALTER D. THOMPSON, </br></br>　　　　　　Plaintiff, </br></br>　　Vs. </br></br>A. W. CHESTERTON; </br>NORTH BROTHERS, INC., a/k/a </br>National Services Industries, Inc.; </br>OWENS-ILLINOIS, INC.; and RAPID </br>AMERICAN CORPORATION, </br></br>　　　　　　Defendants. | </br></br></br></br></br></br></br></br></br></br>**O R D E R** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiff captioned above and the Defendant Owens-Illinois, Inc., to dismiss his claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Walter D. Thompson, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

2

Signed: July 9, 2007

Lacy H. Thornburg
United States District Judge