IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, <br><br> This document pertains to: <br> J. AUBREY SAUNDERS and wife <br> GEORGIA SMITH SAUNDERS; <br><br> Plaintiffs, <br><br> vs. <br><br> ASBESTOS CLAIMS MANAGEMENT CORPORATION, *et al.*, <br><br> Defendants. | CIVIL NO. 3:98CV394 <br><br><br><br><br> ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CERTAINTEED CORPORATION |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs J. Aubrey Saunders and Georgia Smith Saunders, and Defendant CertainTeed Corporation, to dismiss this action with prejudice as to CertainTeed Corporation.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs J. Aubrey Saunders and Georgia Smith Saunders against the Defendant CertainTeed Corporation, are hereby **DISMISSED WITH PREJUDICE**, and this matter is hereby terminated as to the Defendant CertainTeed.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge