# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **CALVIN R. LUCKEY, and Wife, PEGGY G. LUCKEY,** | ) ) | Civil No. 3:98-CV-394 |
| *In the cases of:* | ) | |
| **CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY; HAZEL B. MULLIS, Individually and as Executrix of the Estate of JERRY R. MULLIS, Deceased; JACKSON J. SMITH and wife, CAROLYN S. SMITH; ROGER D. SMITH and wife, MARGIE P. SMITH;** | ) ) ) ) ) ) ) ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | |
| **Asbestos Claims Management Corporation,** *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

    **THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to dismiss with prejudice, all claims of said Plaintiffs against National Service Industries, Inc.

    It appearing that all parties have consented to the relief requested herein,

    **IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs, Calvin R. Luckey and wife, Peggy G. Luckey; Hazel B. Mullis, Individually and as

Executrix of the Estate of Jerry R. Mullis, Deceased; Jackson J. Smith and wife, Carolyn S. Smith; Roger D. Smith and wife, Margie P. Smith, against Defendant, National Service Industries, Inc., are hereby **DISMISSED WITH PREJUDICE**, and this action is terminated as to the Defendant National Service Industries, Inc.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
|     s/James D. Gandy, III |     s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| **trippgandy@phsm.net** | **jwblack@wardblacklaw.com** |
| | |
| Attorneysfor Defendant | |
| Attorneys for Plaintiffs | |
| National Service Industries, Inc. | |