# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CALVIN R. LUCKEY and wife, ) <br> PEGGY G. LUCKEY, et al., ) <br> ) <br> **This Document Pertains to:** ) <br> J. Aubrey Saunders and wife, Georgia ) <br> Smith Saunders, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ACandS, Inc., et al, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 3:98CV394-T |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the joint motion of Plaintiffs J. Aubrey Saunders and wife, Georgia Smith Saunders, and Defendant A.W. Chesterton Co., to dismiss with prejudice their claims against said Defendant A.W. Chesterton Co.

It appearing that grounds exist to permit said Plaintiffs to do so, and that the motion should be granted for good cause shown;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the joint motion to dismiss is **ALLOWED**, and all claims of Plaintiffs J. Aubrey Sanders, and wife Georgia Smith Saunders, against Defendant A.W. Chesterton Co. are hereby **DISMISSED WITH PREJUDICE**, and this case is terminated as to the Defendant Chesterton.

Signed: July 13, 2007

Lacy H. Thornburg
United States District Judge