IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

CALVIN R. LUCKEY and wife, PEGGY G.
LUCKEY, *et al*,

This document pertains to:
J. AUBREY SAUNDERS, and wife GEORGIA
SMITH SAUNDERS,

        Plaintiffs,

v.

AC&S, INC., et al.

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of the captioned Plaintiffs as to the Defendant Crown Cork & Seal Company, Inc., with prejudice.

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Crown Cork & Seal Company, Inc.,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs J. Aubrey Saunders and

wife, Georgia Smith Saunders, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITH PREJUDICE**, and this action is hereby terminated as to Defendant Crown Cork & Seal Company, Inc.

Signed: July 18, 2007

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

By: s/ William M. Graham
Attorneys for the Plaintiffs
Wallace & Graham, P.A.
William M. Graham, Esq.
525 North Main Street
Salisbury, NC 28144
Phone: 704/633-5244
Fax: 704/633-7606
E-Mail: bgraham@wallacegraham.com

WE SO CONSENT:
LEATH, BOUCH & CRAWFORD LLP

By:  s/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC  29402

Telephone: (843) 937-8811
Facsimile: (843) 937-0606
tbouch@leathbouchlaw.com

Attorneys for Crown Cork & Seal Company, Inc.