## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY and wife, PEGGY G. LUCKEY, et al, <br><br>This document pertains to: <br>J. AUBREY SAUNDERS and wife, GEORGIA SMITH SAUNDERS, <br><br>    Plaintiffs, <br><br>    vs. <br><br>ACandS, INC., et al, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of the captioned Plaintiffs as to the Defendant D. B. Riley, Inc., f/k/a Riley Stoker Corporation, without prejudice.

It appearing that the parties have consented to such action,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs J. Aubrey Saunders and wife, Georgia Smith Saunders, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation, are hereby **DISMISSED WITHOUT PREJUDICE,** and this action is hereby terminated as to Defendant D. B. Riley.

10325778v.1

Signed: July 18, 2007

Lacy H. Thornburg
United States District Judge

**PREPARED AND SUBMITTED BY:**

/s/ E. Elaine Shofner
E. Elaine Shofner
Georgia State Bar No. 405361
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
eshofner@hplegal.com

**CONSENTED TO BY:**

Attorney for Plaintiffs:

/s/ William M. Graham
William M. Graham
**WALLACE & GRAHAM, PA**
525 North Main Street
Salisbury, North Carolina 28144
bgraham@wallacegraham.com

10325778v.1