# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, <br><br>This document pertains to: <br>J. AUBREY SAUNDERS, and wife <br>GEORGIA SMITH SAUNDERS, <br><br>Plaintiffs, <br><br>Vs. <br><br>A. W. CHESTERTON, *et al.*, <br><br>Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Owens-Illinois, Inc., to dismiss their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs J. Aubrey Saunders, and wife Georgia Smith Saunders, against the Defendant Owens-Illinois, Inc., are

hereby **DISMISSED WITH PREJUDICE**, and this matter is hereby terminated as to the Defendant Owens-Illinois, Inc.

Signed: July 18, 2007

Lacy H. Thornburg
United States District Judge