IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:98CV394

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, )<br>)<br>This document pertains to: )<br>J. AUBREY SAUNDERS, and wife )<br>GEORGIA SMITH SAUNDERS, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>ACandS, INC., *et al.*, )<br>)<br>)<br>**Defendants.** )<br>_____ ) | **ORDER DISMISSING<br>DEFENDANT GEORGIA-PACIFIC** |

**THIS MATTER** is before the Court upon the joint motion of Defendant Georgia-Pacific and Plaintiffs J. Aubrey Saunders and wife, Georgia Smith Saunders, to voluntarily dismiss their claims with prejudice as to Defendant Georgia-Pacific pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs J. Aubrey Saunders and wife, Georgia Smith Saunders, against Defendant Georgia-Pacific be, and the same hereby are, **DISMISSED WITH PREJUDICE**, and this matter is hereby terminated as to the Defendant Georgia-Pacific.

Signed: July 19, 2007

Lacy H. Thornburg
United States District Judge